# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Hartford Aviation Group, Inc. ) ASBCA No. 61390
)
Under Contract No. 80AFRC-17-C-0018 )

APPEARANCE FOR THE APPELLANT: Mr. Carl A. Merz
President

APPEARANCE FOR THE GOVERNMENT: Scott W. Barber, Esq.
NASA Chief Trial Attorney

## ORDER OF DISMISSAL

The Board docketed this appeal on 30 October 2017. Prior to the filing of its complaint, appellant indicated that it no longer wished to pursue this appeal. By Order dated 4 December 2017, the Board informed the parties that it intended to dismiss this appeal unless either party objected within seven days of the date of the Order. The Board received no objection from either party. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: 20 December 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61390, Appeal of Hartford Aviation Group, Inc., rendered in conformance with the Board's Charter:

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals